*Gregory T. D'Auria,* assistant attorney general, in opposition.

Decided September 14, 2000

## HERBERT PRIOLEAU *v.* COMMISSIONER OF CORRECTION

KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Alan E. Dillon,* special public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided September 14, 2000

## EMIGRANT SAVINGS BANK *v.* VINH CAM ET AL.

SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Vinh Cam,* pro se, and *Joseph Phung,* pro se, in support of the petition.

*Vincent M. Marino,* in opposition.

Decided September 14, 2000